# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| SERGIO MARCELINO PU OSORIO, | § § | |
| *Petitioner,* | § § | |
| | § | **6:26-CV-238-ADA-DNM** |
| v. | § § | |
| TODD LYONS in his official capacity as Acting Director of United States Immigration and Customs Enforcement, | § § § § § | |
| *Respondents.* | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dan N. MacLemore. Dkt. No. 7. The report and recommendation recommends that Petitioner's petition be dismissed for failure to demonstrate that the Court has subject matter jurisdiction over the petition and for failure to comply with the Court's show cause order. Judge MacLemore issued the report and recommendation on June 11, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge MacLemore's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 7) is **ADOPTED**.

**IT IS THEREFORE ORDERED** that Petitioner's petition for writ of habeas corpus (Dkt. No. 6) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** on July 21, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE